B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re **John R Simon, Jr.**
**Michelle Lynn Simon**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**Centennial Lending LLC** | **Describe Property Securing Debt:**<br>**Rental Property located at 1024 E. Swallow Rd., #B214, Ft. Collins, CO 80524**<br><br>**(Real estate values determined by using the county assessor's value for the property.)** |
|---|---|

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**Centennial Lending LLC** | **Describe Property Securing Debt:**<br>**Rental Property located at 710 City Park Ave., #B230, Ft. Collins, CO 80521**<br><br>**(Real estate values determined by using the county assessor's value for the property.)** |
|---|---|

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

B8 (Form 8) (12/08)                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Chase | **Describe Property Securing Debt:**<br>Debtors' primary residence located at 4218 Wolf Creek Dr., Ft. Collins, CO 80526 |

Property will be (check one):
   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain **Debtor will retain collateral and continue to make regular payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Chase | **Describe Property Securing Debt:**<br>Rental Property located at 1024 E. Swallow Rd., #B214, Ft. Collins, CO 80524<br><br>**(Real estate values determined by using the county assessor's value for the property.)** |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)   Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Public Service Credit Union** | **Describe Property Securing Debt:**<br>**Debtors' primary residence located at 4218 Wolf Creek Dr., Ft. Collins, CO 80526** |

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                                    ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Hm Mortgag** | **Describe Property Securing Debt:**<br>**Rental Property located at 710 City Park Ave., #B230, Ft. Collins, CO 80521**<br><br>**(Real estate values determined by using the county assessor's value for the property.)** |

Property will be (check one):
  ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Jonathan C. Fosse** | **Describe Leased Property:**<br>**Business Commercial Lease**<br>**3 Year Duration** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

B8 (Form 8) (12/08) Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | |
|---|---|---|
| Date **December 17, 2010** | Signature | **/s/ John R Simon, Jr.** |
| | | **John R Simon, Jr.** |
| | | Debtor |

| | | |
|---|---|---|
| Date **December 17, 2010** | Signature | **/s/ Michelle Lynn Simon** |
| | | **Michelle Lynn Simon** |
| | | Joint Debtor |